94–556. Mulford v. Columbus & S. Ohio Elec. Co. *Athens County*, No. 1548. This cause is pending before the court on the filing of a motion and cross-motion for an order directing the Court of Appeals for Athens County to certify its record. Appellants filed their notice of appeal on March 15, 1994. Appellants' request for extension of time to file a memorandum in support of jurisdiction was denied by this court on March 16, 1994. It appears from the records of this court that appellants have not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the appellants' appeal be, and hereby is, dismissed *sua sponte*, effective May 31, 1994.

94–567. State v. Lanham. *Scioto County*, No. 2090. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Scioto County and as a claimed appeal as of right from said court. Appellant's first request for an extension of time to file his memorandum in support of jurisdiction was granted by this court on March 23, 1994 and appellant's memorandum in support of jurisdiction was due by April 18, 1994. Appellant's second request for an extension of time to file his memorandum in support of jurisdiction was denied by this court on April 20, 1994. Appellant's third request for an extension of time to file his memorandum in support of jurisdiction was denied by this court on May 16, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective May 31, 1994.

94–568. Jerninghan v. Rocker. *Cuyahoga County*, No. 66350. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Appellant filed his notice of appeal on March 17, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective May 31, 1994.

94–590. State v. McDaniels. *Summit County*, No. 15502. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Summit County. Appellant's request for an extension of time to file his memorandum in support of jurisdiction was denied by this court on March 24, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective May 31, 1994.

94–736. State v. Boone. *Lorain County*, No. 93CA005557. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Lorain County. Appellant's request for an extension of time to file his memorandum in support of jurisdiction was denied by this court on April 11, 1994. Appellant's motion for stay was denied by this court on April 26, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective May 31, 1994.